# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CR391-SNL |
| ) | |
| AMANDA ATKINSON, ) | |
| ) | |
| Defendant. ) | |

## FIRST AMENDED ORDER
## SETTING CONDITIONS OF RELEASE

The order setting conditions of release acknowledged by the defendant on August 8, 2005 is **AMENDED** as follows:

1. The following additional conditions of release are ordered this 21st day of February, 2006:

    A. The defendant shall participate in the Home Confinement Program for a period of seven months. During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the Probation or Pretrial Services officer. The defendant will maintain a telephone at her place of residence without call forwarding, modem, caller ID, call waiting, portable cordless telephones, answering machines/service, or any other feature or service which would interfere with the operation of the electronic monitoring equipment for the above period. As instructed by the Probation or Pretrial Services Officer, the defendant shall wear an electronic monitoring device, which may include a Global Positioning System and/or Random Tracking, and follow electronic monitoring procedures specified by the Probation or Pretrial Services Officer. The defendant shall pay for all costs of electronic monitoring as directed by the U.S. or Pretrial Services Officer.

    B. The defendant shall refrain from any unlawful use of a

controlled substance and submit to as many periodic drug tests for use of a controlled substance as deemed appropriate by the U.S. Probation or Pretrial Services Officer.

C.  The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation or Pretrial Services Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, or inpatient treatment in a treatment center or hospital.  The defendant shall pay for the costs associated with substance abuse services based on a co-payment fee established by the United States Probation or Pretrial Services Office.  Co-payments shall never exceed the total cost of services provided.

D.  The defendant shall submit her person, residence, office or vehicle to a search conducted by the United States Probation or Pretrial Services Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  All other conditions of release acknowledged by the defendant on August 8, 2005 remain in full force and effect.

Dated this __21st__ day of February, 2006.

_Stephen N. Limbaugh_

SENIOR UNITED STATES DISTRICT JUDGE